**O, JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GUARDADO,<br><br>                     Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA TRANSPORTATION SECURITY ADMINISTRATION (TSA), A DIVISION OF HOMELAND SECURITY, CITY AND COUNTY OF DENVER, DBA DENVER INTERNATIONAL AIRPORT, et al.,<br><br>                     Defendants. | Case No.:  2:22-cv-05515-MEMF (SKx)<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO [ECF NO. 15]** |

/ / /

/ / /

1

    The Court is in receipt of the parties' Joint Stipulation to Transfer this case to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1404 (a). ECF No.15.

    The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the request and ORDERS this action be transferred to the United States District Court for the District of Colorado. The Scheduling Conference set for February 23, 2023, is hereby VACATED.

IT IS SO ORDERED.

Dated: December 20, 2022

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge